IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGELIQUE L. JOHNSON, | ) | 1:11at00389 |
| | ) | |
| | ) | ORDER TO SUBMIT COMPLETE |
| | ) | APPLICATION TO PROCEED IN |
| Plaintiff, | ) | FORMA PAUPERIS |
| | ) | |
| vs. | ) | (Doc. 3) |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Angelique L. Johnson ("Plaintiff") filed a complaint on June 28, 2011, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application is incomplete. Plaintiff states that she has received money of "other sources" in the past twelve months, but she does not provide information regarding, among other items, the source of money or the amount received.

Plaintiff shall file an amended application curing these defects in section 3 of the application within ten (10) days of the date of this order. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:  **June 29, 2011**            /s/ **Dennis L. Beck**
                               UNITED STATES MAGISTRATE JUDGE

1