# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIQUE L. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____ | Case No.: 1:11-cv-01086-SKO<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docs. 3, 7) |

　　　　Plaintiff Angelique L. Johnson filed a complaint on June 28, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 3.) The application to proceed *in forma pauperis* was incomplete, and the Court ordered that Plaintiff file an amended application. (Doc. 4.) On July 13, 2011, Plaintiff filed an amended application. (Doc. 7.) Plaintiff's amended application demonstrates entitlement to proceed without prepayment of fees.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

**Dated:　August 22, 2011**　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE