BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8974
   Facsimile: (415) 744-0134
   E-Mail: ann.maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIQUE L. JOHNSON, ) | CASE NO: 1:11-CV-1086-SKO |
| ) | |
| Plaintiff, ) | **ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND TIME TO FILE RESPONSIVE BRIEF** |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

   Pursuant to the stipulation of the parties showing good cause for a requested first extension of Defendant's time to file an opposition to Plaintiff's Motion for Summary Judgment, the request is hereby APPROVED.

   Defendant shall file his Opposition to Plaintiff's Motion For Summary Judgment on or before April 13, 2012. Plaintiff may file a reply brief on or before May 3, 2012.

IT IS SO ORDERED.

Dated:   April 6, 2012               /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE